**Frank P. Hawkins et al., Appellees, v. Harry L. Taylor, Appellant.**

**Gen No. 5,872.    (Not to be reported in full.)**

Appeal from the County Court of Lake county; the Hon PERRY L. PERSONS, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed April 15, 1914.

### Statement of the Case.

Action by Frank P. Hawkins and Richard W. Hawkins, trading as Frank P. Hawkins and Company, against Harry L. Taylor to recover a commission for the sale of certain real estate belonging to defendant. The jury returned a verdict for plaintiffs for one hundred and fifty dollars, and in addition a special finding that plaintiffs were the procuring and efficient cause of the sale. From a judgment entered on the verdict, defendant appeals.

HEYDECKER & JORGENSON and SAMUEL F. KNOX, for appellant.

HENRY E. MASON, for appellees.

MR JUSTICE DIBELL delivered the opinion of the court.

## Abstract of the Decision.

1. BROKERS, § 90*—*when evidence sufficient to sustain a recovery of commissions.* In an action for a commission for selling real estate belonging to defendant, a verdict for plaintiffs and a special finding that plaintiffs were the procuring cause of the sale, *held* sustained by the evidence, it appearing that defendant had listed the premises with plaintiffs to be sold at a certain price and that the defendant had consummated a sale with a purchaser whom the plaintiffs had negotiated with for the purchase of the property.

2. BROKERS, § 48*—*when real estate agents entitled to a commission.* Where real estate agents were the procuring and efficient cause of a sale they are entitled to a commission though the owner completed the negotiations.

3. APPEAL AND ERROR, § 1002*—*when sufficiency of evidence to support verdict not presented for review.* Where the abstract does not show that the bill of exceptions contains a motion for a new trial, it does not show that the sufficiency of the evidence to support the verdict is presented by the record. The clerk's record cannot supply the omission.